AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vance, Sarah S. | United States District Court | 7/30/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination ☐ Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

500 Poydras Street
Room C-255
New Orleans, Louisiana 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | New Orleans Chapter Federal Bar Association |
| 2. | Board Member | Tulane Law Institute National Advisory Board |
| 3. | Adjunct Faculty | Tulane Law School |
| 4. | Board Member | Tulane Law School -- Dean's Advisory Board |
| 5. | Executor | Estate # 1 (See Part VIII.) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Jones, Walker, Waechter, Poitevent, Carrere & Denegre - income from law practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | March 9-10, 2011 | Philadelphia, Pennsylvania | Advisers Meeting | Travel, lodging, meals |
| 2. | New Orleans Bar Association | April 15-17, 2011 | Biloxi, Mississippi | Speaker | Lodging, meals |
| 3. | American Bar Association - Section of Labor and Employment Law | November 2-4, 2011 | Seattle, Washington | Speaker | Travel, lodging, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | IRA #1, Merrill Lynch New Orleans: | | | | | | | | | |
| 2. | --Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 3. | --Putnam International Equity FD CL A | A | Dividend | J | T | | | | | |
| 4. | --Columbia Marsico Focused Equities FD B - Exchanged for: | | | | | | | | | See note in Part VIII |
| 5. | ----Columbia Marsico Focused Eq A (NFEAX) | A | Dividend | J | T | | | | | |
| 6. | --Lord Abbett Global FD EQ SR CL A | A | Dividend | J | T | | | | | |
| 7. | --Davis NY Venture FD A | A | Dividend | J | T | | | | | |
| 8. | | | | | | | | | | |
| 9. | IRRA #2, Rollover Merrill Lynch: | | | | | | | | | |
| 10. | --Merrill Lynch USA Rasp / Cash | A | Dividend | J | T | | | | | |
| 11. | --Blackrock Capital Appreciation FD INC B (name change) | A | Dividend | J | T | | | | | |
| 12. | --Putnam International Equity FD CL A | A | Dividend | | | Sold | 06/15/11 | L | A | |
| 13. | --Oppenheimer Global Opp FD SBI | A | Dividend | L | T | | | | | |
| 14. | --Munder Small Cap Value CL B | A | Dividend | K | T | | | | | |
| 15. | --Columbia Marsico Focused Equities FD B | A | Dividend | | | Sold | 06/15/11 | K | C | |
| 16. | --Davis NY Venture FD B - Exchanged for: | | | | | | | | | See note in Part VIII |
| 17. | ----Davis NY Venture FD A | A | Dividend | | | Sold | 06/15/11 | L | D | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Blackrock Value Opport Fund Inc B | A | Dividend | K | T | | | | | |
| 19. --Massachusetts Investors Growth Stock FD CL A | A | Dividend | J | T | | | | | |
| 20. --ING International Small Cap Multimanager FD CL A | A | Dividend | K | T | | | | | |
| 21. --Blackrock Capital Appreciation FD INC A | A | Dividend | J | T | | | | | |
| 22. --Gabelli Equity Income FD CL A (GCAEX) | A | Dividend | K | T | Buy | 06/15/11 | K | | |
| 23. --MFS International New Discovery FD CL A (MIDAX) | A | Dividend | K | T | Buy | 06/15/11 | K | | |
| 24. --Oppenheimer Developing Markets FD CL A (ODMAX) | A | Dividend | K | T | Buy | 06/15/11 | K | | |
| 25. --Wells Fargo ADV Premium Large Comp Growth CL A (EKJAX) | A | Dividend | K | T | Buy | 06/15/11 | K | | |
| 26. | | | | | | | | | |
| 27. IRA #3, Merrill Lynch New Orleans: | | | | | | | | | |
| 28. --Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 29. --ML Bank USA Rasp | A | Dividend | J | T | | | | | |
| 30. --Lord Abbett Developing Growth FD CL A | A | Dividend | J | T | | | | | |
| 31. --Davis NY Venture FD A | A | Dividend | J | T | | | | | |
| 32. --Putnam International Equity FD CL A | A | Dividend | J | T | | | | | |
| 33. --Columbia Marsico Focused Equities FD B - Exchanged for: | | | | | | | | | See note in Part VIII |
| 34. ----Columbia Marsico Focused Eq A (NFEAX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. Profit Sharing Retirement Plan - Fidelity Invest. Account | | | | | | | | | |
| 38. --Ret Gov't (Money Market Fund) | A | Dividend | J | T | Sold (part) | 08/29/11 | J | A | |
| 39. --Fidelity Growth Company K | A | Dividend | M | T | | | | | |
| 40. --Davis NY Venture Y | A | Dividend | | | Sold | 08/29/11 | M | A | |
| 41. --Harbor Intl Inst | B | Dividend | M | T | | | | | |
| 42. --Fidelity Emerging Mkts K | A | Dividend | J | T | | | | | |
| 43. --Spartan US Bond Index Fund (Name Change) | D | Dividend | N | T | | | | | See note in Part VIII |
| 44. -- Goldman Sachs Small Cap Value Class A | C | Dividend | M | T | | | | | |
| 45. --Lazard Emerging Mkts Institutional | D | Dividend | M | T | | | | | |
| 46. --Fidelity Cash Reserves | A | Int./Div. | J | T | Buy | 07/18/11 | K | | |
| 47. | | | | | Sold (part) | 08/30/11 | K | A | |
| 48. --Vanguard INFL | A | Dividend | L | T | Buy | 09/14/11 | L | | |
| 49. --Gabelli Equity Income CL A | B | Dividend | M | T | Buy | 08/30/11 | M | | |
| 50. | | | | | | | | | |
| 51. Cash Management Account, Merrill Lynch: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Cash / CMA Money Fund | A | Dividend | J | T | | | | | |
| 53. --Eaton Vance Tax Div Inc. | A | Dividend | J | T | | | | | |
| 54. --Eaton Vance TX-AD GL Div Global Dividend Inc FD | B | Dividend | J | T | | | | | |
| 55. --NFJ Div Int Prem Strat and Premium Strategy FD | A | Dividend | J | T | Buy | 01/13/11 | J | | |
| 56. | | | | | | | | | |
| 57. Child's Trust, Merrill Lynch: | | | | | | | | | |
| 58. --Cash / CMA Money Fund | A | Interest | J | T | | | | | |
| 59. --Columbia Marsico Focused Equities FD B - Exchanged for: | | | | | | | | | See note in Part VIII. |
| 60. ----Columbia Marsico Focused Eq A (NFEAX) | A | Dividend | J | T | Sold (part) | 01/12/11 | J | A | |
| 61. | | | | | | | | | |
| 62. --Lord Abbett Developing Growth Fund CL A | A | Dividend | J | T | | | | | |
| 63. --Putnam International Equity Fund CL A | A | Dividend | J | T | | | | | |
| 64. --Davis NY Venture FD A | A | Dividend | J | T | | | | | |
| 65. | | | | | | | | | |
| 66. IRRA #4, Rollover Merrill Lynch: | | | | | | | | | |
| 67. --Cash | A | Dividend | J | T | | | | | |
| 68. --Retirement Reserves CL I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Artio International Equity Fund II CL I | A | Dividend | | | Sold | 04/25/11 | K | D | |
| 70. --Hartford Capital | A | Dividend | | | Sold | 09/09/11 | K | D | |
| 71. --Henderson International | A | Dividend | K | T | Buy | 09/09/11 | J | | |
| 72. --Columbia Value & Restructuring Fund CL Z (UMBIX) | A | Dividend | K | T | Sold (part) | 09/09/11 | J | A | |
| 73. --Rydex / SGI Mid Cap Value Fund CL I (SVUIX) | A | Dividend | K | T | Sold (part) | 09/09/11 | J | A | |
| 74. --PIMCO Total Return Fund CLP (PTTPX) | B | Dividend | K | T | Sold (part) | 04/25/11 | J | A | |
| 75. | | | | | Sold (part) | 09/09/11 | J | A | |
| 76. --PIMCO Real Return Fund CLP (PRLPX) | B | Dividend | K | T | Buy | 09/09/11 | J | | |
| 77. --Mainstay Large Cap (MLAIX) | A | Dividend | L | T | Buy | 09/09/11 | J | | |
| 78. --Ivy Asset Strategy Fund CL I (IVAEX) | A | Dividend | K | T | Sold (part) | 09/09/11 | J | A | |
| 79. --MFS Value FD CL I | B | Dividend | L | T | Buy | 09/09/11 | J | | |
| 80. --Calvert Short Duration Income Fund CL Y | A | Dividend | | | Sold | 09/09/11 | K | A | |
| 81. --Oppenheimer Gold and Special Minerals Fund (OGMYX) | A | Dividend | K | T | Sold (part) | 04/25/11 | J | B | |
| 82. | | | | | Buy | 09/09/11 | J | | |
| 83. | | | | | Buy (add'l) | 10/7/11 | J | | |
| 84. --Allianz NFJ Dividend Value FDCL P (ADJPX) | B | Dividend | K | T | Buy | 09/09/11 | J | | |
| 85. | | | | | Sold (part) | 10/07/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Dreyfus Emerging Markets Debt Local Currency CL I (DDBIX) | B | Dividend | K | T | Buy | 09/09/11 | J | | |
| 87. --Oppenheimer Rising Dividends Fund CL Y (OYRDX) | B | Dividend | L | T | Buy | 09/09/11 | K | | |
| 88. --Prudential Short Term Corporate Bond FD INC Z (PIFZX) | B | Dividend | K | T | Buy | 09/09/11 | K | | |
| 89. --Allianz NFJ International Fund (AFVPX) | A | Dividend | K | T | Buy | 04/25/11 | K | | |
| 90. | | | | | Buy (add'l) | 09/09/11 | J | | |
| 91. | | | | | | | | | |
| 92. Checking and Money Market Accounts, J.P. Morgan | B | Interest | M | T | | | | | |
| 93. | | | | | | | | | |
| 94. Judicial & Justice Federal Credit Union | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions & VII. Investments and Trusts

Estate # 1has no reportable assets for 2011.

VII. Investments and Trusts

Line 4 Columbia Marsico Focused Equities FD B exchanged in toto on 12/15/11 for line 5 Columbia Marsico Focused Eq A (NFEAX).

Line 16 Davis NY Venture FD B exchanged in toto on 1/3/11 for line 17 Davis NY Venture FD A in which some shares were already owned. (See line 17, 2010 Report). Davis NY Venture FD A was sold in toto on 6/15/11.

Line 33 Columbia Marsico Focused Equities FD B exchanged in toto on 12/15/11 for line 34 Columbia Marsico Focused Eq A (NFEAX).

Line 43 Spartan US Bond Index FD formerly known as Fidelity US Bond Index Fund. Name changed on 4/28/11.

Line 59 Columbia Marsico Focused Equities FD B exchanged in toto on 12/16/11 for line 60 Columbia Marsico Focused Eq A (NFEAX).

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 7/30/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sarah S. Vance**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544